SUCCESSION OF SANDRA A.          *          NO. 2019-CA-0858
MCELVEEN ROBIHO

                                *          COURT OF APPEAL

                                *          FOURTH CIRCUIT

                                *          STATE OF LOUISIANA

                                *

                                *
                        * * * * * * *

CONSOLIDATED WITH:                         CONSOLIDATED WITH:

SUCCESSION OF MELISSA                       NO. 2019-CA-0859
MARIA ROBIHO

CONSOLIDATED WITH:                         CONSOLIDATED WITH:

MELVIN PAUL ROBIHO, JR. AS                  NO. 2019-CA-0860
ADMINISTRATOR OF THE
ESTATE OF SANDRA A.
MCELVEEN ROBIHO

VERSUS

BRANDON ROBIHO AND
WHITNEY ROBIHO AS CO-
ADMINISTRATORS OF THE
ESTATE OF MELISSA ROBIHO

*DLD*
**DYSART, J., CONCURS IN THE RESULT.**